UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TONY V. DANG,                                                                                                       Plaintiff,

v.                                                                                      Civil Action No. 3:19-cv-737-DJH-RSE

COMMISSIONER OF SOCIAL SECURITY,                                                        Defendant.

\* \* \* \* \*

### ORDER

Plaintiff Tony V. Dang filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny Dang's application for disability insurance and supplemental security income benefits. (Docket No. 1)  The case was referred to Magistrate Judge Regina S. Edwards for report and recommendation.  Judge Edwards issued her Findings of Fact, Conclusions of Law and Recommendation on August 25, 2020, recommending that the Commissioner's decision be affirmed. (D.N. 18)  The time for objections to the magistrate judge's recommendation has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The Findings of Fact, Conclusions of Law, and Recommendation of Magistrate Judge Regina S. Edwards (D.N. 18) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)     A separate judgment will be entered this date.